UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BHARANIDHARAN PADMANABHAN, M.D., Ph.D., )
Plaintiff, )
) 1:15-cv-10499-WGY
v. )
)
CITY OF CAMBRIDGE, et al, )
Defendants )

**CHA DEFENDANTS', CITY OF CAMBRIDGE DEFENDANTS', AND THE GREELEY COMPANY'S MOTION TO DISMISS**

Now come certain of the seventy one Defendants, affiliated with Cambridge Health Alliance (hereinafter CHA), the City of Cambridge, and the Greeley Company,[1] and hereby ask this Court to dismiss the Plaintiff's Complaint for, among other grounds, failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), since on the face of the complaint this action arises out of a medical peer review investigation protected from discovery under M.G.L. c. 111 §§ 204, 205, and for which liability may not even attach pursuant to M.G.L. c. 111 § 203; M.G.L. c. 231 § 85N; 45 U.S.C. § 1111,1 where defendants acted in good faith and in the reasonable belief their actions were warranted, and where there is no reasonable inference

[1] Defense counsel represents Mary Cassesso, Ellen Semonoff, Moacir Barbosa, David Bor, M.D., Louis Depasquale, Carol Vandeusen Lukas, Isaac Machado, Steve Manos, Gerald McCue, Paula Paris, Joshua Posner, Maxwell Solet, Deborah Klein Walker, David Porell, Gerald Steinberg, M.D., Carol Hulka, M.D., Rachel Nardin,M.D., Somava Stout, M.D., Kathleen Harney,M.D., David Elvin, M.D., Jack Burke, M.D., Donald Kaplan, M.D., Anne Fabiny, M.D., Sam Doppelt, M.D., Elizabeth Gaufberg, M.D., Katherine Kosinski, M.D., Ronald Minter, M.D., David Osler, M.D., Assaad Sayah, M.D., Steven Schwaitzberg, M.D., Laura Sullivan, M.D., Charles Douglas Taylor, M.D., Randy Wertheimer, M.D., Kathleen Murphy (Fache), Gregory Lipshutz, M.D., Melissa Lai Becker, M.D., Priscilla Dasse, Nancy Lian, Jonathan Strongin,M.D. Simon Ahtaridis, M.D. and Dennis Keefe who were associated with CHA at the time of the allegations in the Plaintiff's Complaint (hereinafter "CHA Defendants"). Defense counsel also represents Robert Healy and the City of Cambridge (hereinafter "City Defendants") and The Greeley Company (hereinafter collectively "the Defendants").



924804.1

to support a claim that the provisions of M.G.L. c. 111 § 203, M.G.L. c. 231 § 85N, and 45 U.S.C. § 11111 do not apply.

Defendants also move for dismissal on grounds of the applicable statutes of limitations, M.G.L. c. 260 § 2A; M.G.L. c. 149 § 187; M.G.L. c. 151B § 9, as well as failure to state a claim under Fed. R. Civ. P. 12(b)(6), pursuant to Fed. R. Civ. P. 8 and Fed. R. Civ. P. 41 for failure to set forth a short and plain statement of the claim showing the pleader is entitled to relief, and for plaintiff's failure to effectuate proper service.

In further support of this motion the Defendants submit their Memorandum in Support of their Motion to Dismiss.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) of the U.S. District Court for the District of Massachusetts, the Defendants request an oral argument on this matter.

Respectfully submitted,
The Defendants,
By their Attorney,

/s/ Brian H. Sullivan
Brian H. Sullivan, B.B.O. 629236
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010
bsullivan@sloanewalsh.com

DATE: April 13, 2015

**CERTIFICATION UNDER LOCAL RULE 7.1**

Counsel for Defendants hereby certifies, pursuant to Local Rule 7.1(a)(2), that on April 13, 2015, I conferred with plaintiff's counsel concerning the issues set forth in the attached Motion to Dismiss.

/s/ Brian H. Sullivan
Brian H. Sullivan

**CERTIFICATE OF SERVICE**

I, Brian H. Sullivan, Esquire, attorney for defendants hereby certify that on this day, April 13, 2015, I served a copy of CHA Defendants', City Defendants', and the Greeley Company's Motion to Dismiss, Memorandum, Exhibits and Certification of Local Rule 7.1 upon all parties, by electronically filing to all ECF registered parties and by sending a copy, first class mail, postage prepaid to all unregistered parties.

/s/ Brian H. Sullivan
Brian H. Sullivan